NUMBER13-06-597-CV



COURT OF APPEALS
 


THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________ ___ 


GUILLERMO VEGA, JR., Appellant,


v.



SUSANNA VEGA, Appellee.

_________________________________________________________________ 


On appeal from the 93rd District Court


of Hidalgo County, Texas.


_________________________________________________________________ 


MEMORANDUM OPINION



Before Justices Rodriguez, Benavides, and Vela


Memorandum Opinion Per Curiam



 Appellant, GUILLERMO VEGA, JR., perfected an appeal from a judgment entered
by the 93rd District Court of Hidalgo County, Texas, in cause number C-4678-98-B. 
The clerk's record was filed on November 21, 2006. No reporter's record was filed.
Appellant's brief was due on December 21, 2006. To date, no appellate brief has
been received.

 When the appellant has failed to file a brief in the time prescribed, the Court
may dismiss the appeal for want of prosecution, unless the appellant reasonably
explains the failure and the appellee is not significantly injured by the appellant's failure
to timely file a brief. Tex. R. App. P. 38.8(a)(1).

 On April 27, 2007, notice was given to all parties that this appeal was subject
to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellant was given ten days to
explain why the cause should not be dismissed for failure to file a brief. To date, no
response has been received.

 The Court, having examined and fully considered the documents on file,
appellant's failure to file a proper appellate brief, this Court's notice, and appellant's
failure to respond, is of the opinion that the appeal should be dismissed for want of
prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.


 PER CURIAM

Memorandum Opinion delivered and filed

this the 28th day of June, 2007.